MEMORANDUM OPINION




No. 04-04-00637-CV



Donald Mack HILL and Sisterdale Mobile Home Transport, Inc.,


Appellants



v.



Maricela Rodarte MENDEZ,


Appellee



From the County Court at Law No. 7, Bexar County, Texas


Trial Court No. 290075


Honorable David Rodriguez, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: December 15, 2004


DISMISSED

 On August 26, 2004, the trial court signed an order denying appellants' "Motion to Set Aside
Default Judgment and for New Trial." Appellants subsequently appealed this order on September
14, 2004. After the appellants filed their notice of appeal, the trial court reconsidered its order and
set aside the default judgment. Because the appellants' appeal has become moot, the appellants filed
a motion to dismiss this appeal. See Murphy v. Hunt, 455 U.S. 478, 481 (1982) (stating a case
becomes moot "when the issues presented are no longer 'live' or the parties lack a legally cognizable
interest in the outcome."). Appellants' motion is granted, and the appeal is dismissed. Costs of
appeal are taxed against the appellants. See Tex. R. App. P. 42.1(d). 


 PER CURIAM